B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re _JOHN AUSTIN PANCHALK_____ ,          Case No. __2-24-BK-20558_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Resurgent Receivables LLC_____          Ally Bank_____
          Name of Transferee                          Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): _____1_____
should be sent: Resurgent Receivables LLC         Amount of Claim: _____333.40_____
          PO Box 10587                            Date Claim Filed: _____5/9/2024_____
          Greenville SC 29603

Phone: __(877) 264-5884_____          Phone: _____
Last Four Digits of Acct #: _____4142_____      Last Four Digits of Acct. #: ____4142____

Name and Address where transferee payments
should be sent (if different from above):
          Resurgent Capital Services
          PO Box 10587
          Greenville, SC  29603
Phone: __(877) 264-5884_____
Last Four Digits of Acct #:_____4142_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Lamb_____          Date:_10/7/2024_____
          Transferee/Transferee's Agent
          (877) 264-5884

          AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

This form is intentionally blank.

The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).

Refer to the BNC Certificate of Notice entry to view the actual form.