# United States Bankruptcy Court

District of Kansas
Case No. 24-20558
Chapter 13

In re: Debtor(s) (including Name and Address)

John Austin Panchalk
11605 Hauser St.
Overland Park KS 66210

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/11/2024.

Name and Address of Alleged Transferor(s):

Claim No. 1: Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368

Name and Address of Transferee:

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/17/24

David D. Zimmerman
**CLERK OF THE COURT**

United States Bankruptcy Court

District of Kansas

In re:                                                                                      Case No. 24-20558-RDB

John Austin Panchalk                                                         Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                            User: admin                                    Page 1 of 1

Date Rcvd: Oct 15, 2024                      Form ID: trc                                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9990568 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 15 2024 21:51:52 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ryan A Blay | on behalf of Debtor John Austin Panchalk blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| Wendee Elliott-Clement | on behalf of Creditor Capitol Federal Savings Bank ksbkecf@southlaw.com  ksbkecf@ecf.courtdrive.com |
| William H Griffin | inquiries@13trusteekc.com |

TOTAL: 4